AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MAURO FIDEL AVILA-ESPINOZA, CLAIDER VASQUES-AGINO, and AQUILINO GUIZAMANO-CORTES, | ) ) ) | Case No. 17-*6079* VALLE |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____February 12, 2017____ in the county of ____Broward____ in the ____Southern____ District of ____Florida____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with the intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(G), it is further alleged that this violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey Hynds, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____Feb. 28, 2017____

_____
*Judge's signature*

City and state: ____Fort Lauderdale, Florida____

Alicia O. Valle, United States Magistrate Judge
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jeffrey Hynds (the "Affiant"), after being duly sworn, hereby states:

1. I am employed by Homeland Security Investigations (HSI), Department of Homeland Security, as a Special Agent and have been so employed since January 2009. Prior to my employment as a Special Agent, I was employed as an Officer with United States Customs and Border Protection (CBP) for approximately six (6) years; I have participated in numerous investigations involving the importation and distribution of controlled substances and the possession and concealment of such controlled substances. As a Special Agent I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States, who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Titles 8, 18, 19, 21, 22, 31, 46 of United States Code.

2. I submit this affidavit based upon information known to me personally from the investigation, as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein. Based on the facts contained herein, there is probable cause to believe that Mauro Fidel AVILA-ESPINOZA (AVILA-ESPINOZA), Claider VASQUES-AGINO (VASQUES-AGINO), Aquilino GUIZAMANO-CORTES (GUIZAMANO-CORTES), and did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 7053(a)(1) and 7056(b). Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not contain all of the information that I am aware of in this investigation.

3. On or about February 12, 2017, while on patrol in the eastern Pacific Ocean, a Marine Patrol Aircraft (MPA) detected of Go Fast Vessel (GFV) approximately 330 nautical miles southwest of the Mexico/Guatemala border. The United States Coast Guard Cutter (USCGC) Stratton responded to intercept the vessel. The USCGC Stratton deployed maritime assets to assist

1

in the interdiction of the vessel. On or about this time, occupants of the GFV began to jettison what appeared to be small devices consistent with phones or other electronics.   Several packages consistent with contraband were observed on the deck of the GFV.  A United States Coast Guard (USCG) vessel boarding team boarded the GFV and detained the occupants of the vessel, AVILA-ESPINOZA (Citizen of Ecuador), VASQUES-AGINO (Citizen of Colombia), and GUIZAMANO-CORTES (Citizen of Colombia), along with 18 bales of suspected contraband.  The GFV was observed with no flag flown, no indicia of nationality, no registration numbers, no name, and no homeport on the hull.  USCG determined the last port of call for the GFV to be Tumacao, Colombia.  The Colombian government was contacted and could neither confirm nor deny the nationality of the vessel.

4.  A total of eighteen (18) bales, weighing approximately 676 kilograms, were recovered. The bales contained a white powdery substance that field tested positive for the presence of cocaine.

5.  The USCGC Stratton requested and was granted permission to sink the GFV as a Hazard to Navigation (HAZNAV) because the GFV had no suitable tow points, lack of stability, and due to deteriorating weather conditions.

6.  On February 27, 2017, the USCGC Stratton arrived at Guantanamo Bay, Cuba and transferred custody of the three (3) crew members to United States law enforcement.  On that same date AVILA-ESPINOZA, VASQUES-AGINO and GUIZAMANO-CORTES first entered the United States at Broward County, Florida.

7.  On February 27, 2017, all three (3) Defendants were advised of the *Miranda* rights in Spanish which they waived and agreed to speak with HSI agents without the presence of an attorney.  All three (3) defendants admitted that they were to be paid for delivery of a large amount of cocaine to another boat in Guatemala, but were interdicted by the USCG before arriving at the designated location for transfer of the drugs.

8.  Based upon the foregoing information, your affiant respectfully submits that probable cause to believe that Mauro Fidel AVILA-ESPINOZA, Claider VASQUES-AGINO and Aquilino

2

GUIZAMANO-CORTES and did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 7053(a)(1) and 7056(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT,

_____

JEFFREY HYNDS, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before me this
28th day of February, 2017.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

3